IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY MELLOTT and KRIS MELLOTT, his wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 3:20-cv-00126-SLH ) |
| LIFETIME BRANDS, INC. and THE TJX COMPANIES, INC. t/d/b/a TJ MAXX, | ) ) ) |
| Defendants. | ) ) |
| LIFETIME BRANDS, INC., | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| CREATIVE CASTLE METAL & PLASTIC PRODUCTS LTD., | ) ) ) |
| Third-Party Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

/s/ Daniel S. Schiffman
Daniel S. Schiffman, Esquire
Benjamin T. Wilt, Esquire
SCHIFFMAN FIRM
1300 Fifth Avenue
Pittsburgh, PA 15219
T: (412) 288-9444
F: (412) 288-9455
dan@schiffmanfirm.com
ben@schiffmanfirm.com
*Counsel for Plaintiffs*

/s/ Melissa Catello
Melissa Catello
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
Telephone: (412) 263-1840
Facsimile: (412) 263-2001
Email: CCT@Pietragallo.com
*Counsel for Defendant*
*Lifetime Brands, Inc.*

/s/ Warren L. Siegfried
Warren L. Siegfried, Esquire
Richard S. Canciello, Esquire
WAYMAN, IRVIN & MCAULEY, LLC
Three Gateway Center
401 Liberty Avenue, Suite 1700
Pittsburgh, PA 15222
T: (412) 566-2970
F: (412) 391-1464
wsiegfried@waymanlaw.com
*Counsel for The TJX Companies, Inc. t/d/b/a TJ MAXX*